HAROLD R. LIVINGSTON et al., Appellants, *v.* TODD SHIPYARDS CORPORATION, Respondent.

Submitted February 17, 1947; decided February 21, 1947.

*Joseph K. Guerin* and *Herbert Goldmark* for motion.

*Jules Haberman* and *Robert B. Lisle* opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements upon the ground that the judgment does not finally determine the action within the meaning of the Constitution.